IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RODNEY BRISCO, AS ADMINISTRATOR FOR THE ESTATE OF MICHAEL BRISCO, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:20-cv-00643-E |
| CITY OF LANCASTER, TEXAS, and ZACHARY BEAUCHAMP, | § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

Having granted the Motion for Summary Judgment filed by Defendant Zachary Beauchamp, it is ORDERED, ADJUDGED, and DECREED that this case is **DISMISSED with prejudice**.

SIGNED this 23rd day of June, 2021.

ADA BROWN
UNITED STATES DISTRICT JUDGE